## Commonwealth *v.* Bagley, Appellant.

Submitted December 8, 1971. *R. Barclay Surrick*, Assistant Public Defender, for appellant; *Anna Iwachiw Vadino* and *Ralph B. D'Iorio*, Assistant District Attorneys, and *Stephen J. McEwen, Jr.*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Boganness, Appellant.

Argued December 6, 1971. *Joseph Michael Smith*, with him *F. Emmett Fitzpatrick, Jr.*, for appellant; *William P. Boland*, Assistant District Attorney, with him *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.